**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**MICHAEL C. KELLEY,**                                                                                      **PLAINTIFF**
**REG. #47230-198**

**v.**                              **CASE NO. 4:11CV00510 BSM-JTK**

**FIRST SAVINGS BANK**                                                              **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 24th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE